NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL McCALL,                              )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No. 2D17-5074
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
_____)

Opinion filed July 27, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Susan Maulucci, Judge.

Michael McCall, pro se.

PER CURIAM.

            Affirmed.

KELLY, MORRIS, and BADALAMENTI, JJ., Concur.